# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DANA OHLEMEYER,<br>on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>-v-<br><br>FAST FUND LENDING;<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION;<br>GENEVA LONE HILL;<br>BRET A. CRANDALL;<br>RAYCEN RAINES, III, also knowns as<br>RAYCEN AMERICAN HORSE<br>RAINES and formerly known as<br>RAYCEN BALLARD; and JOHN DOES<br>1-20,<br><br>Defendants. | Civil No. 1:23-cv-02143-JPH-MG<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES** |

Plaintiff Dana Ohlemeyer ("Plaintiff") and Defendants Fast Fund Lending, Wakpamni Lake Community Corporation, Bret A. Crandall, and Raycen Raines, III (collectively, the "Defendants"),[1] by and through their counsel, hereby submit this Joint Notice of Settlement pursuant to S.D. Indiana Local Rule 7-1(h) and hereby notify the Court that Plaintiff and Defendants have settled this matter in principle and are presently working on the settlement agreement. Upon execution of the same, which the parties expect to take forty-five days to consummate, Plaintiff will file the appropriate dismissal

---

[1] Defendant Geneva Lone Hill is deceased.

documents with the Court. The parties respectfully request that all deadlines are stayed while the parties negotiate a written settlement agreement.

Dated: February 16, 2024    */s/ Ethan G. Ostroff* (w/ consent)
Ethan G. Ostroff, Esq. (VSB No. 71610)
Troutman Pepper Hamilton Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-7510
E-mail: ethan.ostroff@troutman.com

*Attorney for Defendant Bret A. Crandall*

Dated: February 16, 2024    */s/ Heather A. Kolbus*
Heather A. Kolbus, Esq.
Daniel A. Edelman, Esq.
Edelman Combs Latturner &
Goodwin LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
Email: hkolbus@edcombs.com
Email: courtecl@edcombs.com

*Attorneys for Plaintiff Dana Ohlemeyer*

2

3

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, hereby certify that on February 16, 2024, the foregoing was filed with the Court and served by operation of the Court's CM/ECF system upon all counsel of record.

                                            */s/ Heather Kolbus*
                                            Heather Kolbus