IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANA OHLEMEYER, on behalf of Plaintiff and the class members described herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:23-cv-02143-JPH-MG |
| v. | ) ) | Judge James Patrick Hanlon |
| | ) | Magistrate Judge Mario Garcia |
| FAST FUND LENDING; WAKPAMNI LAKE COMMUNITY CORPORATION; GENEVA LONE HILL; BRET ALLEN CRANDALL; RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF DISMISSAL AS TO DEFENDANTS
GENEVA LONE HILL AND JOHN DOES 1-20 ONLY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Dana Ohlemeyer, voluntarily dismisses her individual claims against Defendant Geneva Lone Hill without prejudice and without costs.

Plaintiff Dana Ohlemeyer voluntarily dismisses her claims against Defendants John Does 1-20 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, hereby certify that on February 27, 2024, the foregoing was filed with the Court and served by operation of the Court's CM/ECF system upon all counsel of record.

*s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (FAX)