**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| DANA OHLEMEYER, ) <br> on behalf of Plaintiff and the class ) <br> members described herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAST FUND LENDING; ) <br> WAKPAMNI LAKE COMMUNITY ) <br> CORPORATION; ) <br> BRET ALLEN CRANDALL; ) <br> RAYCEN RAINES, III, also known as ) <br> RAYCEN AMERICAN HORSE RAINES ) <br> and formerly known as RAYCEN ) <br> BALLARD; and JOHN DOES 1-20, ) <br> ) <br> Defendants. ) | Case No.: 1:23-cv-02143-JPH-MG <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Mario Garcia |

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Dana Ohlemeyer ("Plaintiff") and Defendants Fast Fund Lending, Wakpamni Lake Community Corporation, Bret Allen Crandall, Raycen Raines, III (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| */s/Heather Kolbus* <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>    & GOODWIN, LLC | */s/ Ethan G. Ostroff* (w/ consent) <br> Ethan G. Ostroff <br> Troutman Pepper Hamilton Sanders LLP <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA  23462 |

20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

(757) 687-7541
(757) 687-7510 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on May 6, 2024 I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which caused notification to be sent to all counsel of record.

*s/ Heather Kolbus*
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200