# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DANA OHLEMEYER, on behalf of Plaintiff and the class members described herein, <br><br> Plaintiff, <br><br> v. <br><br> FAST FUND LENDING; WAKPAMNI LAKE COMMUNITY CORPORATION; BRET ALLEN CRANDALL; RAYCEN RAINES, III, also known as RAYCEN AMERICAN HORSE RAINES and formerly known as RAYCEN BALLARD; and JOHN DOES 1-20, <br><br> Defendants. | Case No.: 1:23-cv-02143-JPH-MG <br><br> Judge James Patrick Hanlon <br> Magistrate Judge Mario Garcia |

> The court acknowledges the Stipulation to Dismiss, Dkt. [26]. The Clerk is DIRECTED to close this case on the docket.
> JPH 5/6/2024.
> Distribution via ECF.

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Dana Ohlemeyer ("Plaintiff") and Defendants Fast Fund Lending, Wakpamni Lake Community Corporation, Bret Allen Crandall, Raycen Raines, III (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

*/s/Heather Kolbus*                                */s/ Ethan G. Ostroff* (w/ consent)
Daniel A. Edelman                                     Ethan G. Ostroff
Heather Kolbus                                          Troutman Pepper Hamilton Sanders LLP
EDELMAN, COMBS, LATTURNER           222 Central Park Avenue, Suite 2000
      & GOODWIN, LLC                         Virginia Beach, VA  23462